FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>James Calvin Frazier<br><br>    Defendant. | No. CR 99-01351-GHK<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( )  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

the following factors do not indicate defendant's danger to the community — extensive criminal history, including violent offenses; history of drug abuse

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

the following factors do not indicate ~~the~~ a risk of defendant's nonappearance — no known bail resources; and current absconding status.

IT IS ORDERED that defendant be detained.

DATED: 3/11/2013

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE